**Order entered February 1, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01284-CV

### KENNETH LEO BUHOLTZ, Appellant

### V.

### TEXAS DEPARTMENT OF TRANSPORTATION, Appellee

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-02337-2018**

## ORDER

This is an interlocutory appeal from the trial court's order granting appellee's plea to the jurisdiction. The clerk's record has been filed and a paper copy of the clerk's record has been sent to appellant. Before the Court are appellant's January 28, 2019 "Motion to Update and Deliver Clerk's/Recorder's Records" and "Motion for Order in Contempt on Recorder's Record."

By order dated January 17, 2019, the Court ordered the appeal submitted without the reporter's record because it appeared that appellant had only requested the record from an on-going companion case. In his motion to update the record, appellant now requests "all Clerk's Records, Recorder's Records, etc." in either this case or the companion case. We **GRANT** appellant's motion as follows. We **VACATE** this Court's January 17, 2019 order. We **ORDER**

Jennifer Corley, Official Court Reporter for County Court at Law No. 6, to file, by **February 15, 2019**, either (1) the reporter's record of the hearing on appellee's motion to dismiss for want of jurisdiction in trial court cause number 006-02337-2018 or (2) written verification that no hearing was held on appellee's motion or no record was taken. We **DIRECT** the Clerk of this Court to send to appellant either (1) a paper copy of the reporter's record or (2) a copy of the court reporter's written verification that no hearing was held or no record was taken.

We **ORDER** appellant to file his brief on the merits **within thirty days** of the filing of either the reporter's record or reporter's written verification that no hearing was held or no record was taken.

In his motion for a contempt order, appellant asks this Court to order Stacey Kemp, Collin County Clerk, and Ms. Corely, Official Court Reporter for County Court at Law No. 6, in contempt. We **DENY** the motion.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Kemp, Ms. Corley, and all parties.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE